**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Orla Kenneth Lucas,<br><br>    Plaintiff,<br><br>vs.<br><br>Karen Benzon and Theodore Benzon, as wife and husband,<br><br>    Defendants. | No. CV-08-1120-PHX-LOA<br><br>**ORDER** |

The Court has received Plaintiff's consent to magistrate judge jurisdiction, docket #10.

Accordingly,

**IT IS ORDERED** that the Court's Order to Show Cause issued July 18 2008, docket #10, is hereby **DISCHARGED**.

DATED this 31st day of July, 2008.

Lawrence O. Anderson
United States Magistrate Judge